EDWARD M. GERGOSIAN (105679)
ROBERT J. GRALEWSKI, JR. (196410)
CLARISSA E. RILEY (239628)
GERGOSIAN & GRALEWSKI LLP
655 West Broadway, Suite 1410
San Diego, California 92101
Telephone: (619) 237-9500
Facsimile: (619) 237-9555

MICHAEL J. BONI
JOANNE ZACK
JOSHUA D. SNYDER
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Phone: (610) 822-0200
Fax: (610) 822-0206

Attorneys for Plaintiff Strates Enterprises, Inc.

[Additional Counsel Listed on Signature Page]

FILED
07 NOV -9 PM 4:28
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATES ENTERPRISES, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARKANSAS BEST CORPORATION, ABF FREIGHT SYSTEM, INC., AVERITT EXPRESS, INC. CON-WAY INC., CON-WAY FREIGHT INC., ESTES EXPRESS LINES, FEDEX CORPORATION, OLD DOMINION FREIGHT LINE, INC., SAIA, INC., SAIA MOTOR FREIGHT LINE LLC, UNITED PARCEL SERVICE, INC., and YRC WORLDWIDE, INC.,<br><br>Defendant. | Case No. '07 CV 2161 IEG (CAB)<br><br>**CLASS ACTION**<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>(LOCAL RULE 40.2)<br><br>**JURY TRIAL DEMANDED** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

1. PLEASE TAKE NOTICE that pursuant to Local Rule 40.2 of this Court, counsel of record for Plaintiff Strates Enterprises, Inc. certify that no entities other than plaintiff have a financial interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: November 9, 2007

Respectfully submitted by:

GERGOSIAN & GRALEWSKI LLP
Edward M. Gergosian
Robert J. Gralewski, Jr.
Clarissa E. Riley

Robert J. Gralewski, Jr.

655 West Broadway, Suite 1410
San Diego, CA 92101

BONI & ZACK LLC
MICHAEL J. BONI
JOANNE ZACK
JOSHUA D. SNYDER
15 St. Asaphs Road
Bala Cynwyd, PA 19004

SEEGER WEISS LLP
Jonathan Shub
1515 Market Street, Suite 1380
Philadelphia, PA 19102

GISKAN SOLOTAROFF & ANDERSON LLP
Oren Giskan
11 Broadway, Suite 2150
New York, NY 10004

KIESEL BOUCHER LARSON LLP
Paul R. Kiesel
8648 Wilshire Boulevard
Beverly Hills, CA 90211

DONOVAN SEARLES, LLC
Michael D. Donovan
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103

ARTHUR N. BAILEY & ASSOCIATES
Arthur N. Bailey
111 West Second Street, Suite 4500
Jamestown, New York 14701

Attorneys for Plaintiff Strates Enterprises, Inc.