EDWARD M. GERGOSIAN (105679)
ROBERT J. GRALEWSKI, JR. (196410)
CLARISSA E. RILEY (239628)
GERGOSIAN & GRALEWSKI LLP
655 West Broadway, Suite 1410
San Diego, California 92101
Telephone: (619) 237-9500
Facsimile: (619) 237-9555

MICHAEL J. BONI
JOANNE ZACK
JOSHUA D. SNYDER
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Phone: (610) 822-0200
Fax: (610) 822-0206

Attorneys for Plaintiff Strates Enterprises, Inc.

[Additional Counsel Listed on Signature Page]

FILED
07 NOV -9 PM 4:28
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATES ENTERPRISES, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARKANSAS BEST CORPORATION, ABF FREIGHT SYSTEM, INC., AVERITT EXPRESS, INC. CON-WAY INC., CON-WAY FREIGHT INC., ESTES EXPRESS LINES, FEDEX CORPORATION, OLD DOMINION FREIGHT LINE, INC., SAIA, INC., SAIA MOTOR FREIGHT LINE LLC, UNITED PARCEL SERVICE, INC., and YRC WORLDWIDE, INC.,<br><br>Defendant. | Case No. '07 CV 2161 IEG (CAB)<br><br>**CLASS ACTION**<br><br>**NOTICE OF RELATED CASES**<br><br>**JURY TRIAL DEMANDED** |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that pursuant to Local Rule 40.1(e) and (f) of this Court, Plaintiff's counsel in the above-titled litigation hereby file this Notice of Related Cases. Plaintiff's counsel is unaware of any related cases that are not currently on the Judicial Panel's MDL Case Listing Report and counsel has no newly-filed cases to report pursuant to Jeffery N. Lüthi's October 23, 2007 letter (attached as Exhibit A). However, several of the cases on the Case Listing Report are pending in the Southern District of California. Assignment of the present case to the same judge and magistrate presiding over the cases pending in the Southern District of California would effect a savings of judicial effort and other economies as they involve many of the same defendants, events, facts, questions of law, and are based on similar claims.

WHEREFORE, Plaintiff requests:

1. That this action, *Strates Enterprises Inc. v. Arkansas Best Corporation,* be assigned to the Honorable Roger T. Benitez and the Honorable Ruben B. Brooks, the Judge and Magistrate assigned to *Farm Water Technological Services, Inc. v. Arkansas Best Corporation* (Civil No. 07-1389), *Niagara Frontier Distribution, Inc. v. Arkansas Best Corp* (Civil No. 07-1728), *Dad's Products Co., Inc. v. Arkansas Best Corporation* (Civil No. 07-1765), *Hitch-It, Inc. v. Arkansas Best Corporation* (Civil No. 07-1901), *Polymerics v. Arkansas Best Corporation* (Civil No. 07-1902), and *Don Walter Kitchen Distributors, Inc. v. Arkansas Best Corporation* (Civil No. 07-1939), all currently pending in the Southern District of California; and

2. That all subsequent related actions be assigned to the Honorable Roger T. Benitez and the Honorable Ruben B. Brooks.

//

//

//

//

DATED: November 9, 2007

Respectfully submitted by:

GERGOSIAN & GRALEWSKI LLP
Edward M. Gergosian
Robert J. Gralewski, Jr.
Clarissa E. Riley

Robert J. Gralewski, Jr.

655 West Broadway, Suite 1410
San Diego, CA 92101

BONI & ZACK LLC
MICHAEL J. BONI
JOANNE ZACK
JOSHUA D. SNYDER
15 St. Asaphs Road
Bala Cynwyd, PA 19004

SEEGER WEISS LLP
Jonathan Shub
1515 Market Street, Suite 1380
Philadelphia, PA 19102

GISKAN SOLOTAROFF & ANDERSON LLP
Oren Giskan
11 Broadway, Suite 2150
New York, NY 10004

KIESEL BOUCHER LARSON LLP
Paul R. Kiesel
8648 Wilshire Boulevard
Beverly Hills, CA 90211

DONOVAN SEARLES, LLC
Michael D. Donovan
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103

ARTHUR N. BAILEY & ASSOCIATES
Arthur N. Bailey
111 West Second Street, Suite 4500
Jamestown, New York 14701

Attorneys for Plaintiff Strates Enterprises, Inc.

BLUEBIRDonline.com (888) 477-0700

EXHIBIT A

# UNITED STATES JUDICIAL PANEL
on
# MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

October 23, 2007

ALL INVOLVED COUNSEL

Re: MDL No. 1895 -- IN RE: LTL Shipping Services Antitrust Litigation

Dear Counsel:

Recently we have received several filings with Notices/Schedules of Related Actions in the above referenced MDL Docket. Many of the schedules contain case information of which the Panel is already aware. In the future, please include only new actions on your Notices and/or Schedules. For your convenience, I have enclosed the most recent case listing report which indicates all the cases of which the Panel is currently aware.

Please review this report when preparing future notices to the Panel and only report newly filed cases on subsequent notices. Going forward, I also ask that you sort your schedule by District/Civil Action numbers rather than alphabetically. (*See* the attached report for the requested format.) This will greatly speed up the case maintenance processing at the Panel offices.

Panel Rule 5.2(a) requires that responses to motions be served on ALL parties in ALL actions. An <u>ORIGINAL and FOUR</u> copies of all pleadings, as well as a <u>COMPUTER READABLE DISK</u> of the pleading in WordPerfect for Windows format.

(d) of this Rule has been received from the Clerk of the Panel, the "Panel Service List" shall be utilized for service of responses to motions and all other filings. In such instances, the <u>"Panel Service List" shall be attached to the proof of service</u> and shall be supplemented in the proof of service in the event of the presence of additional parties or successor counsel.

I have attached a copy of the Panel Attorney Service list for your convenience.

If you need any assistance, do not hesitate to call the telephone number indicated above. Your assistance is greatly appreciated.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Tanisha Spinner
Tanisha Spinner
Deputy Clerk

Enclosure