# United States District Court

FILED

SOUTHERN DISTRICT OF CALIFORNIA

07 NOV 15 PM 3:30

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

Strates Enterprises, Inc., on behalf of himself and all others similarly situated,

vs.

Arkansas Best Corporation, ABF Freight System, Inc., Averitt Express, Inc., Con-Way Inc., Con-Way Freight Inc., Estes Express Lines, FedEx Corporation, Old Dominion Freight Line, Inc., Saia, Inc., Saia Motor Freight Line LLC, United Parcel Service, Inc., and YRC Worldwide, Inc.

**SUMMONS IN A CIVIL ACTION**
Case No. 07 CV-2161 IEG (CAB)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Robert J. Gralewski, Jr.
GERGOSIAN & GRALEWSKI LLP
655 West Broadway, Suite 1410
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

11/15/07
DATE

By C. PUETMANN, Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)